UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS A. JOHNSON AND
BARBARA C. JOHNSON, Husband
and Wife,

        Plaintiffs,

v.

AIR & LIQUID SYSTEMS
CORPORATION, et al.,

        Defendants.

C17-834 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court GRANTS in part and DENIES without prejudice in part the parties' stipulation to extend certain deadlines, docket no. 48, as follows. The deadline to disclose expert testimony under FRCP 26(a)(2) is extended from September 18, 2017, to January 5, 2018. The deadline to complete expert depositions is extended from December 29, 2017, to February 8, 2018. All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 47, shall remain in full force and effect. The Court DECLINES to extend the dispositive motions and motions in limine deadlines proposed by the parties because such dates are unworkable in light of the remaining deadlines and the trial date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of September, 2017.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk

MINUTE ORDER - 1