The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THOMAS A. JOHNSON AND BARBARA C. JOHNSON, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, individually and as successor-in-interest to BUFFALO PUMPS; et al.,<br><br>Defendants. | No. 2:17-cv-00834-TSZ<br><br>ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

This matter having come before the Court on the motion of Chris S. Marks, Erin P. Fraser and Sedgwick LLP seeking leave to withdraw as counsel for General Electric Company, CBS Corporation and Foster Wheeler Energy Corporation, and the Court having considered the records and files herein, it is hereby:

ORDERED, ADJUDGED, AND DECREED that Chris S. Marks, Erin P. Fraser and Sedgwick LLP may withdraw as counsel of record for General Electric Company, CBS Corporation and Foster Wheeler Energy Corporation.

DATED this 4th day of January, 2018.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1
Case No.: 2:17-cv-00834-TSZ

SEDGWICK LLP
One Union Square
600 University Street, Suite 2915
Seattle, WA 98101-4172
206.462.7560

85677473v1

Presented by:

By: Christopher S. Marks
By: Erin P. Fraser
Christopher S. Marks, WSBA #28634
Erin P. Fraser, WSBA #43379
SEDGWICK LLP
One Union Square
600 University Street, Suite 2915
Seattle, WA 98101-4172
Phone: 206.462.7560
Fax: 877.541.3918
E-mail: christopher.marks@sedgwicklaw.com
   erin.fraser@sedgwicklaw.com
   asbestos.seattle@sedgwicklaw.com

Attorneys for General Electric Company; CBS Corporation; Foster Wheeler Energy Corporation

ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2
Case No.: 2:17-cv-00834-TSZ

85677473v1

SEDGWICK LLP
One Union Square
600 University Street, Suite 2915
Seattle, WA 98101-4172
206.462.7560