UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS A. JOHNSON and BARBARA C. JOHNSON, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | C17-834 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Stipulated Motion for Withdrawal and Substitution of Counsel, docket no. 54, is GRANTED. Barry N. Mesher and Alice C. Serko of Sedgwick LLP are allowed to withdraw and be replaced by Mark B. Tuvim, Kevin J. Craig, and Trevor J. Mohr of Gordon Rees Scully Mansukhani, LLP as local counsel.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of January, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1