HON. THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS A. JOHNSON and BARBARA C. JOHNSON, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | NO. 2:17-cv-00834-TSZ<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT UNIROYAL, INC. |

The Parties stipulate that all claims against Uniroyal, Inc. shall be dismissed with prejudice and without costs to any party.

DATED: January 4, 2018.

                                              SIRIANNI YOUTZ
                                              SPOONEMORE HAMBURGER

                                              */s/ Chris R. Youtz*
                                              Chris R. Youtz (WSBA #7786)
                                              Attorneys for Defendant Uniroyal, Inc.

                                              SCHROETER GOLDMARK & BENDER

                                              */s/ Kristin Houser*
                                              Kristin Houser (WSBA #7286)
                                              Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AS TO DEFENDANT UNIROYAL, INC. – 1
[Case No. 2:17-cv-00834-TSZ]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
701 5TH AVENUE, SUITE 2560
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246

**ORDER**

Pursuant to the above stipulation, IT IS ORDERED that all claims against Uniroyal, Inc. are hereby dismissed with prejudice and without costs to any party.

DATED this 5th day of January, 2018.

_____
Thomas S. Zilly
United States District Judge

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER

  /s/ Chris R. Youtz
Chris R. Youtz (WSBA #7786)
Attorney for Defendant Uniroyal, Inc.

and

SCHROETER GOLDMARK & BENDER

  /s/ Kristin Houser
Kristin Houser (WSBA #7286)
Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AS TO DEFENDANT UNIROYAL, INC. – 2
[Case No. 2:17-cv-00834-TSZ]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
701 5TH AVENUE, SUITE 2560
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246