UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS A. JOHNSON,<br><br>        Plaintiff,<br><br>  v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>        Defendants. | C17-834 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report submitted on August 7, 2017, docket no. 46, the Court hereby DIRECTS the parties to engage in mediation pursuant to Local Civil Rule 39.1(c) on or before March 2, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of January, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1