UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS A. JOHNSON, et al.,

    Plaintiffs,

v.

AIR & LIQUID SYSTEMS CORPORATION, et al.,

    Defendants.

C17-834 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The stipulation filed by Plaintiffs and Defendant IMO Industries, Inc., docket no. 98, is GRANTED. Plaintiffs' motion to compel filed against IMO Industries, Inc., docket no. 75, Plaintiffs' Motion for Summary Judgment on Defendant IMO Industries, Inc.'s Affirmative Defenses, docket no. 94, and Defendant IMO Industries, Inc.'s Motion for Summary Judgment, docket no. 88, are RENOTED to Friday, February 16, 2018.

(2) Plaintiffs' Motion for Relief from Deadline to Bring Motions Related to Discovery, docket no. 74, to which no opposition was filed, is GRANTED. The Court will consider Plaintiffs' motion to compel filed against Defendants IMO Industries, Inc., docket no. 75, on its new noting date of February 16, 2018.[1]

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of January, 2018.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk

---

[1] Plaintiffs have withdrawn their remaining motions to compel. See docket no. 99.

MINUTE ORDER - 1