UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS A. JOHNSON AND
BARBARA C. JOHNSON, Husband
and Wife,

    Plaintiffs,

v.

AIR & LIQUID SYSTEMS
CORPORATION, et al.,

    Defendants.

C17-834 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' Motion for Leave to File Overlength Joint Opposition to Motions for Summary Judgment, docket no. 103, is GRANTED. Plaintiffs may file one (1) joint opposition, not to exceed fifty (50) pages, in response to the summary judgment motions brought by Defendants General Electric Company, CBS Corporation, and Foster Wheeler Energy Corporation, docket nos. 72, 81, and 84.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of January, 2018.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1