UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS A. JOHNSON AND BARBARA C. JOHNSON, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendant. | C17-834 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The stipulation filed by Plaintiffs and Defendants CBS Corporation, Foster Wheeler Energy Corporation, and General Electric Company, docket no. 131, is GRANTED. Defendants' motions for summary judgment, docket nos. 72, 81, and 84 (collectively, the "motions"), are RENOTED for February 16, 2018. Defendants shall file their replies to the motions, if any, no later than February 12, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of February, 2018.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1