1

2

3

4

5                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
6                                        AT SEATTLE

7    THOMAS A. JOHNSON, et al.,

8                          Plaintiffs,

9           v.                                        C17-834 TSZ

10   AIR & LIQUID SYSTEMS                              MINUTE ORDER
     CORPORATION, et al.,
11
                           Defendants.
12

13          The following Minute Order is made by direction of the Court, the Honorable
     Thomas S. Zilly, United States District Judge:
14
            (1)     The Court SETS oral argument on all pending motions for 9:30 a.m. on
15   March 30, 2018.

16          (2)     The Court GRANTS Plaintiffs' Motion for Leave to File Over-Length
     Motions in Limine, docket no. 152, to which no opposition was filed.  Plaintiffs may file
17   a motion in limine not to exceed twenty-five (25) pages.

18          (3)     The Clerk is directed to send a copy of this Minute Order to all counsel of
     record.
19
            Dated this 8th day of March, 2018.

20
                                                  William M. McCool
                                                  Clerk
21
                                                  s/Karen Dews
22                                                Deputy Clerk

23

MINUTE ORDER - 1