UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS A. JOHNSON and
BARBARA C. JOHNSON,

        Plaintiffs,

  v.

AIR & LIQUID SYSTEMS
CORPORATION, et al.,

        Defendants.

C17-834 TSZ

ORDER

Plaintiffs' counsel having telephonically advised the Court that the only defendants remaining in this action are CBS Corporation, General Electric Company, and Warren Pumps, LLC, and that plaintiffs have reached a settlement (at least in principle) with, or otherwise resolved their claims against, all other defendants,[1] the Court hereby ORDERS as follows:

(1) Plaintiffs' claims against defendants Air & Liquid Systems Corporation; Asbestos Corp, Ltd.; Crane Co.; Foster-Wheeler Energy Corporation; Goulds Pumps, LLC f/k/a Goulds Pumps, Inc.; IMO Industries, Inc.; and Metropolitan Life Insurance Company are DISMISSED with prejudice and without costs, provided that, in the event

---

[1] Plaintiffs' claims against defendant Uniroyal, Inc. were previously dismissed by Stipulation and Order entered January 5, 2018, docket no. 67.

ORDER - 1

that settlement is not perfected, plaintiffs or any of the aforementioned defendants may move, within **60** days of the date of this Order, to reopen and trial will be scheduled;

    (2)    Defendant Foster-Wheeler Energy Corporation's motion for summary judgment, docket no. 84, and plaintiffs' motions for partial summary judgment as to the affirmative defenses of defendants Crane Co., docket no. 91, and Foster-Wheeler Energy Corporation, docket no. 92, are STRICKEN as moot;

    (3)    Defendants identified in Paragraph 1 no longer being parties to this case, the caption for this matter is hereby AMENDED as follows:

THOMAS A. JOHNSON and BARBARA C. JOHNSON, husband and wife,

                              Plaintiffs,

v.

CBS CORPORATION f/k/a VIACOM, INC., successor by merger to CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION; GENERAL ELECTRIC COMPANY; and WARREN PUMPS, LLC,

                              Defendants.

    (4)    The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 9th day of March, 2018.

                                              /s/ Thomas S. Zilly

                                              Thomas S. Zilly
                                              United States District Judge