UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS A. JOHNSON, et al.,

        Plaintiffs,

v.

CBS CORPORATION, et al.,

        Defendants.

C17-834 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to extend certain deadlines, docket no. 164, is GRANTED in part and DENIED in part, as follows:

    (a) The deadline for filing trial briefs is EXTENDED from March 23, 2018, to **noon** on Monday, March 26, 2018;

    (a) The deadline for filing an agreed pretrial order is EXTENDED from March 23, 2018, to **noon** on Wednesday, March 28, 2018;

    (c) The deadline for filing proposed jury instructions is EXTENDED from March 23, 2018, to **noon** on Wednesday, March 28, 2018; and

    (d) The deadline for filing proposed voir dire is EXTENDED from March 23, 2018, to April 9, 2018.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of March, 2018.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk