UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS A. JOHNSON and BARBARA C. JOHNSON,<br><br>       Plaintiffs,<br><br> v.<br><br>CBS CORPORATION, f/k/a VIACOM, INC., successor by merger to CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION; GENERAL ELECTRIC COMPANY; and WARREN PUMPS, LLC<br><br>       Defendants. | C17-834 TSZ<br><br>ORDER |

  Counsel for plaintiffs and defendant Warren Pumps, LLC having telephonically advised the Court that the dispute between those parties has been resolved,

  NOW, THEREFORE, IT IS ORDERED that plaintiffs' claims against defendant Warren Pumps, LLC are DISMISSED with prejudice and without costs. Defendant Warren Pumps, LLC's motion for summary judgment, docket no. 83, and motion in limine, docket no. 159, as well as plaintiffs' motion for summary judgment as to defendant Warren Pumps, LLC's affirmative defenses, docket no. 95, are STRICKEN as moot. This Order does not affect any other pending motions, the trial date, or plaintiff's remaining claims against defendants CBS Corporation and General Electric Company.

ORDER - 1

In the event the settlement between plaintiffs and defendant Warren Pumps, LLC is not perfected, any of those parties may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

Dated this 20th day of March, 2018.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER - 2