UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS A. JOHNSON, et al.,

        Plaintiffs,

  v.

CBS CORPORATION, et al.,

        Defendants.

C17-834 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Counsel have telephonically contacted chambers staff to raise certain scheduling issues. The Court hereby ORDERS as follows:

    (a) The agreed pretrial order remains due by **noon** on **March 28, 2018**; such agreed pretrial order shall contain a recitation of admitted or stipulated facts, if any, a recitation of claims, defenses, and issues of law, and a list of each party's anticipated witnesses, but it need **not** include a list of exhibits;

    (b) The deadline for proposed jury instructions is EXTENDED to **noon** on **April 9, 2018**;

    (c) Counsel shall be prepared to address, at the hearing set for March 30, 2018, **all pending motions**, as well as the following issues:

        (i) To the extent that any witness is unavailable during the period that this case is currently for trial, whether such witness's testimony can be perpetuated in advance of trial and presented at trial via deposition, and, if not, why not; and

MINUTE ORDER - 1

(ii) What disputes, if any, other than those raised in motions in limine, the parties currently have or anticipate having concerning exhibits, and when the parties anticipate being able to provide an exhibit list.

(2) The Minute Order Setting Trial Date and Related Dates, docket no. 47, is AMENDED as follows:  Plaintiffs' exhibits shall be numbered consecutively beginning with 1; defendants' exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiffs' last exhibit.  For example, if plaintiffs' last exhibit is numbered 159, then defendants' exhibits shall begin with the number 200.  Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.  Each set of exhibits shall be submitted, **by the Friday before trial**, in a three-ring binder with appropriately numbered tabs.  Arrangements for the delivery of trial exhibits shall be made by contacting Courtroom Deputy Clerk Gail Glass at (206) 370-8522.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of March, 2018.

                                              William M. McCool  
                                              Clerk

                                              s/Karen Dews  
                                              Deputy Clerk