# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

THOMAS A. JOHNSON and
BARBARA C. JOHNSON,

　　　　　Plaintiffs,

　　v.

CBS CORPORATION; and
GENERAL ELECTRIC COMPANY,

　　　　　Defendants.

C17-834 TSZ

ORDER

　　Counsel having telephonically advised the Court that this matter has been resolved and that no issue remains for the Court's determination,

　　NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.  The trial date of May 1, 2018, and all related dates and deadlines, including the hearing set for March 30, 2018, are STRICKEN.  All remaining motions are also STRICKEN.

　　In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **90** days of the date of this Order.

ORDER - 1

The Clerk is directed to send a copy of this Order to all counsel of record and to CLOSE this case.

IT IS SO ORDERED.

Dated this 27th day of March, 2018.

Thomas S. Zilly
United States District Judge

ORDER - 2