UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS A. JOHNSON and BARBARA C. JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> ASBESTOS CORPORATION LIMITED, <br><br> Defendant. | C17-834 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the stipulation between plaintiffs Thomas and Barbara Johnson and defendant Asbestos Corporation Limited, docket no. 182, the deadline for these particular parties to move to reopen in the event that their settlement is not perfected is EXTENDED to July 30, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of April, 2018.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1