UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS A. JOHNSON and BARBARA C. JOHNSON, <br><br>　　　　　　　Plaintiffs, <br><br>　　v. <br><br>FOSTER WHEELER ENERGY CORPORATION, <br><br>　　　　　　　Defendant. | C17-834 TSZ <br><br> MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　Pursuant to the stipulation, docket no. 193, between plaintiffs Thomas and Barbara Johnson and defendant Foster Wheeler Energy Corporation, the deadline for these parties to move to reopen in the event that their settlement is not perfected is again EXTENDED to July 20, 2018.

　　　(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　Dated this 22nd day of June, 2018.

　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1