UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS A. JOHNSON and
BARBARA C. JOHNSON,

                    Plaintiffs,

        v.

WARREN PUMPS, LLC,

                    Defendant.

C17-834 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Pursuant to the stipulation, docket no. 197, between plaintiffs Thomas and Barbara Johnson and defendant Warren Pumps, LLC, the deadline for these parties to move to reopen in the event that their settlement is not perfected is again EXTENDED to July 23, 2018.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of July, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1